AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Franklin J. Love    Bar #80334<br>125 S. Citrus Avenue, Ste. 101<br>Covina, CA. 91723<br><br>TELEPHONE NO.: 626-653-0455   FAX NO.:<br>ATTORNEY FOR *(Name)*: Assignee | |

NAME OF COURT: United States District Court, Central District of California
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: Los Angeles, CA. 90012
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF: Kingvision Pay-Per-View LTD., a Delaware Corporation
assigned to Creative Recovery Concepts, Inc.
DEFENDANT: Hernandez Club

FILED
CLERK, U.S. DISTRICT COURT

APR 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| ☑ **ENFORCEMENT OF JUDGMENT**  ☐ **ATTACHMENT (Third Person)**<br>   ☑ **Judgment Debtor**  ☐ **Third Person** | CV-96-5912 AAH (E) |

## ORDER TO APPEAR FOR EXAMINATION

1. TO *(name)*: Max E. Hernandez, an individual
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. ☑ furnish information to aid in enforcement of a money judgment against you.
   b. ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. ☐ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: June 24, 2011   Time: 9:30 a.m.   Dept. or Div.:   Rm.: 20
Address of court ☑ shown above ☐ is:

This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person *(name)*:

Date: 4/19/11

*(signature)*
JUDGE OR REFEREE

LODGED
CLERK, U.S. DISTRICT COURT
APR 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY

**This order must be served not less than 10 days before the date set for the examination.**
## IMPORTANT NOTICES ON REVERSE

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. ☐ Judgment creditor ☑ Assignee of record ☐ Plaintiff who has a right to attach order
   applies for an order requiring *(name)*: Max E. Hernandez, an individual ................ to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. ☑ the judgment debtor.
   b. ☐ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. ☐ This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. ☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 04/13/2011

Franklin J. Love
(TYPE OR PRINT NAME)                          ▶                         (SIGNATURE OF DECLARANT)

*(Continued on reverse)*

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER**<br>**FOR APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120 |
|---|---|---|

**SUBP-002**

| PLAINTIFF/PETITIONER: Kingvision Pay-Per View LTD., a Delaware Corp | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Hernandez Club | CV-96-5912 AAH |

The production of the documents or the other things sought by the subpoena on page one is supported by *(check one)*:
☐ the attached affidavit or declaration   ☑ the following declaration:

### DECLARATION IN SUPPORT OF CIVIL SUBPOENA (DUCES TECUM) FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS AT TRIAL OR HEARING
### (Code Civ. Proc., §§ 1985, 1987.5)

1. I, the undersigned, declare I am the ☐ plaintiff ☐ defendant ☐ petitioner ☐ respondent
   ☑ attorney for *(specify)*: Assignee of record ☐ other *(specify)*:
   in the above-entitled action.

2. The witness has possession or control of the following documents or other things and shall produce them at the time and place specified in the *Civil Subpoena for Personal Appearance and Production of Documents and Things at Trial or Hearing* on page one of this form *(specify the exact documents or other things to be produced)*:

   See attached Exhibit "A"

   ☐ Continued on Attachment 2.

3. Good cause exists for the production of the documents or other things described in paragraph 2 for the following reasons:

   ☐ Continued on Attachment 3.

4. These documents or other things described in paragraph 2 are material to the issues involved in this case for the following reasons:

   These documents will tend to prove that Judgement Debtor is financially able to satisfy the Judgment herein. They will further aid Plaintiff in the collection of said Judgment.

   ☐ Continued on Attachment 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/13/2011

Franklin J. Love
_____
(TYPE OR PRINT NAME)

(SIGNATURE OF ☐ SUBPOENAING PARTY   ☑ ATTORNEY FOR SUBPOENAING PARTY)

---

### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the date on which you are to appear. Contact the clerk's office or go to *www.courtinfo.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civil Code, § 54.8.)

(Proof of service on page 3)

## EXHIBIT "A"

### A. FINANCIAL RECORDS

1.    Any and all financial statements for the last three years of the judgment debtor, including balance sheets, profit and loss statements and income statements.

2.    Any and all general ledgers and journals for the last three years.

3.    Any and all canceled checks, bank statements and other items which appear in any bank statement, check registers, check books, bank reconciliations, deposit slips for any deposit, copies of any checks deposited in any bank account, copies of checks which are cashed, receipts of purchase of any cashiers checks, confirmation or notifications of any wire transfers of any type or nature and notes or reports from bookkeepers pertaining to any bank statement belonging to Defendant(s).

4.    Any and all loan files for the loan of any money from any person or party.

### B. AGREEMENTS

5.    Any and all contracts, agreements, leases and other business files.

6.    Any and all applications for credit with any vendor, financial institutions, creditors and third parties.

7.    Any and all agreements with any and all officers, directors, employees or independent contracts with Defendant(s).

8.    Any and all bills, dunning notices, claims for payment of money, statements, demands, lawsuits, vendor contracts to and from any vendor, supplier, employee or creditor who has supplied goods or services to Defendant(s).

9.    Any and all agreements, notices, letters, written memorandum, bulk sales notices, correspondence, notice of transfer, disposition, lien, mortgage of any assets of Defendants to any person or party outside the ordinary course of business at any time.

10.     Any and all joint venture agreements, partnership agreements, agreements with any officer, director, shareholder, affiliate, subdivision, subsidiary of Defendant to provide any goods or services.

## C.  CORPORATE RECORDS

11.     Any and all Articles of Incorporation, Bylaws, Minutes of Meetings of Shareholders and Directors of Defendant(s).

12.     Any and all stock books, stock subscription agreements, issued shares of stock, agreements to pay any consideration for issuance of shares of stock, agreements with any shareholder for the issuance, sale or exchange of shares of stock to Defendant(s).

13.     Any and all permits, licenses or certificates of waivers of any permit, license or certificate with any state, federal or other government agency for the issuance of any shares of stock to any person on behalf of the Defendant(s).

## D.  LICENSES AND PERMITS

14.     Any and all licenses issued by any state, county, city or other governmental entity by which to conduct any business.  Any and all fictitious business statement by, for and on behalf of the Defendant(s) to conduct business.  Any professional license issued by any state licensing agency to conduct any business.  Any county or city health permit to conduct any business.

## E.  GENERAL RECORD REQUEST

16.     All lists of assets, liabilities, auto registrations and pink slips, trust agreements, agreements for safety deposit boxes, employment agreements, accounts receivable records or billings of any type or nature, and any documents which refer to any money owing to the Defendant(s).