1 | FRANKLIN J. LOVE, Bar #80334
2 | LAW OFFICE OF FRANKLIN J. LOVE
  | 800 S. Barranca Ave., Ste. 100
3 | Covina, California 91723
4 | (626) 653-0455

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD. ) | CASE No. CV 96-5912-AAH |
| ) | |
| Plaintiff, ) | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. ) | **BY CLERK** |
| ) | |
| HERNANDEZ CLUB also known as ) | |
| HERNANDEZ CAFÉ; MAXCA, INC. a ) | |
| California Corporation; MAX E ) | |
| HERNANDEZ, an individual; ) | |
| CARLOS ESTRADA, an individual; ) | |
| ALFONSO OLIVARES, an individual; ) | |
| ERINEO VEGA, an individual ) | |
| Defendants | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The Renewal of Judgment entered on December 28, 2005 against defendants, **HERNANDEZ CLUB also known as HERNANDEZ CAFÉ; MAXCA, INC. a California Corporation; MAX E. HERNANDEZ,**

an individual; CARLOS ESTRADA, an individual; ALFONSO OLIVARES, an individual; ERINEO VEGA, an individual

is hereby renewed on the amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---:|
| a. | Total judgment | $46,046.19 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 46,046.19 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 46,046.19 |
| g. | Interest after judgment | 11,092.06 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$57,138.25** |

DATED: 8/24/2015          Clerk by  s/ J. Remigio
                                    Deputy Clerk

RENEWAL OF DEFAULT JUDGMENT
Case No. CV-96-5912-AAH