NOTE CHANGES MADE BY COURT.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
10/20/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW LTD., | Case No. CV 96-5912 WDK (Ex) |
| Plaintiff, | ORDER |
| v. | |
| HERNANDEZ CLUB, etc., et al., | |
| Defendants. | |

Stipulation having been made between movant Creative Recovery Concepts, Inc., the assignee of plaintiff Kingvision Pay-Per-View Ltd., and the remaining defendant, Carlos Estrada, it is ordered that this case is dismissed with prejudice as to Carlos Estrada, only. Creative Recovery Concepts, Inc. and Carlos Estrada shall bear their own attorney fees and costs.

**IT IS SO ORDERED.**

DATED: October 20, 2017

Honorable William D. Keller
United States District Judge