Calvin F. Love, Bar #307493
LAW OFFICES OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, CA 91723
Ph: (626)653-0455
Fax (626)653-0465

Attorney for Creative Recovery Concepts, Inc.
Assignee of Judgment

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD. <br><br> Plaintiff <br><br> vs <br><br> HERNANDEZ CLUB also known as HERNANDEZ CAFÉ; MAXCA, INC. a California Corporation; MAX E HERNANDEZ, an individual; ALFONSO OLIVARES, an individual; ERINEO VEGA, an individual <br><br> Defendants | CASE No. CV 96-5912-AAH <br><br><br> **RENEWAL OF JUDGMENT BY CLERK** |

    Based upon the Application for Renewal of Judgment of the renewed original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 683.110 through 683.320 and good cause appearing, therefore:

    The default judgment entered on 11/25/1996 on behalf of Plaintiff, **KINGVISION PAY-PER-VIEW, LTD.,** which was then assigned by Plaintiff to Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and renewed on 12/28/2005 and on 8/24/2015 in favor of Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.**

PAGE                                                                              RENEWAL OF JUDGMENT
                                                                                                    CASE NO. CV 96-5912-AAH

and against defendants, **HERNANDEZ CLUB** also known as **HERNANDEZ CAFÉ**; **MAXCA, INC.** a California Corporation; **MAX E. HERNANDEZ**, an individual; **ALFONSO OLIVARES**, an individual; **ERINEO VEGA**, an individual,

is hereby renewed in the following amounts:

**Renewal of money judgment**

| | | |
|---|---|---:|
| a. | Total Judgment as last renewed | $57,138.25 |
| b. | Costs after Judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a and b) | 57,138.25 |
| e. | Credits after judgment | 5,000.00 |
| f. | Subtotal (subtract e from d) | 52,138.25 |
| g. | Interest after judgment @ 2.5% | 9,492.63 |
| h. | Fee for filing renewal | 0.00 |
| **i.** | **TOTAL RENEWED JUDGMENT** | **$61,630.88** |

DATED: December 15, 2022          Clerk by _Sharon Hall Brown_
                                                                Deputy Clerk

KIRY K. GRAY, Executive Clerk of Court
U.S. District Court

PAGE                                                                RENEWAL OF JUDGMENT
                                                                    CASE NO. CV 96-5912-AAH